COMMONWEALTH of Pennsylvania, Appellee,

v.

James R. HALL, Appellant.

Supreme Court of Pennsylvania.

Submitted Oct. 20, 1993.

Decided March 24, 1994.

Susan V. Kahn, Haverford, for J.R. Hall.

Catherine Marshall, Karen L. Grigsby, Ronald Eisenberg, Philadelphia, for Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

#### ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

William Neil FEILKE, Appellant,

v.

Fred W. JACOBS and the Pennsylvania Board of Probation and Parole, Appellees.

Supreme Court of Pennsylvania.

Submitted Dec. 6, 1993.

Decided March 24, 1994.

William Neil Feilke, pro se.

Arthur R. Thomas, Harrisburg, for Pa. Bd. of Probation & Parole.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

#### ORDER

PER CURIAM.

The appeal is hereby dismissed as moot.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.